IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00431-BNB

SAM ROZENBERG,

    Plaintiff,

v.

JUDITH KNIGHT, and
MIKE PEREZ,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED March 19, 2012, at Denver, Colorado.

                                   BY THE COURT:

                                   s/ Boyd N. Boland
                                   United States Magistrate Judge