IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00431-WJM-CBS

SAM ROZENBERG,
        Plaintiff,

v.

JUDITH KNIGHT, and
MIKE PEREZ,
        Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Rozenberg's "Motion for the Correction of Record" (filed April 2, 2012) (Doc. # 20).  Pursuant to the Order of Reference dated March 21, 2012 (Doc. # 16) and the memorandum dated  this matter was referred to the Magistrate Judge.  The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that Mr. Rozenberg's "Motion for the Correction of Record" (filed April 2, 2012) (Doc. # 20) is GRANTED.  The Order dated March 14, 2012 (Doc. # 11) at page one, lines five through eight, should read "Mr. Rozenberg asserts that he was moved from the Fremont Correctional Facility to the Arkansas Valley Correctional Facility in 2009 after he was assaulted and a transfer will seriously threaten his life and safety.  For the following reasons, the Motion will be denied."

DATED at Denver, Colorado, this 3rd day of April, 2012.

BY THE COURT:


  s/Craig B. Shaffer
United States Magistrate Judge